IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**Wagdy Mahmoud, Plaintiff,**
**Civil Action No.: 1:21-cv-06331-RLY-TAB**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Wagdy Mahmoud, and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in Civil Action No. 1:21-cv-06331-RLY-TAB.

Dated: August 20, 2025

    Respectfully submitted,

    /s/ Douglas M. Schreiner
    Douglas M. Schreiner (Mo. Bar #52320)
    Blackridge LLC
    9500 Nall Avenue, Suite 400
    Overland Park, KS 66207
    Telephone: (913) 955-3388
    Facsimile: (913) 955-3247
    doug@jslegalteam.com

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Douglas M. Schreiner
Douglas M. Schreiner