IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 15, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**Wagdy Mahmoud, Plaintiff,**
**Civil Action No.: 1:21-cv-06331-RLY-TAB**

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Wagdy Mahmoud, and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in Civil Action No. 1:21-cv-06331-RLY-TAB.

Dated: August 20, 2025

Respectfully submitted,

/s/ Douglas M. Schreiner
Douglas M. Schreiner (Mo. Bar #52320)
Blackridge LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207
Telephone: (913) 955-3388
Facsimile: (913) 955-3247
doug@jslegalteam.com

*Attorney for Plaintiff*

1